**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: __11-12718-LMI__

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Jackeline Baca                    CO-DEBTOR: _____
Last Four Digits of SS# xxx-xx-4317       Last Four Digits of SS# _____

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __41__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

   A.   $ __177.77__ for months __1__ to __41__ ;
   B.   $ _____ for months _____ to _____ ;
   C.   $ _____ for months _____ to _____ in order to pay the following creditors:

Administrative:      Attorney's Fee   $ 3,750.00 + $500.00 (Motion to Value)=$4250.00
                     TOTAL PAID $ 2,500.00
                     Balance Due   $ 1,750.00 payable $ 145.84 month (Months __1__ to __12__)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. __n/a_____    Arrearage on Petition Date $ _____
Address _____    Arrears Payment $_____/month (Months____ to ____)
        _____    Arrears Payment $_____/month (Months____ to ____)
        _____    Regular Payment $_____/month (Months____ to ____)

2. _____         Arrears Payment $ _____
   _____         Arrears Payment $_____/month (Months____ to ____)
   _____         Regular Payment $_____/month (Months____ to ____)
                                     Arrears Payment $_____/month (Months____ to ____)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Bank of America Loan#xxxxxx9099 Prop Address: 6081 W 24th Ave,#208 Hialeah, FL 33016 | Homestead Property $67,370.00 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. __n/a_____      Total Due $ _____
                                Payable $_____/month (Months _____ to ____)

Unsecured Creditors: Pay $ 14.16 month (Months __1__ to __12__). Pay $160.00/mo (Mos 13 to 41)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above :). The debtor is paying IndyMac Mortgage (Loan#xxxxxx0144) directly outside the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/ Jackeline Baca_____        _____
Debtor                                    Joint Debtor
Date: 2/15/11                             Date: _____

LF-31 (rev. 06/02/08)